**HUNTON ANDREWS KURTH LLP**
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant
RITE AID CORPORATION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ECHOE CAMACHO, and by and through her, T.C., her minor child, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>NEC NETWORKS, LLC, d/b/a CAPTURERX and RITE AID CORPORATION,<br><br>        Defendants. | Case No.:  2:21-cv-01004-KJM-AC<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY DEFENDANT AND CHANGE CASE CAPTION** |

This stipulation is by and among Plaintiff Echoe Camacho, and by and through her, T.C., her minor child ("Plaintiff"), current Defendant Rite Aid Corporation ("Rite Aid"), and substitute Defendant Rite Aid Hdqtrs. Corp. ("Rite Aid Hdqtrs.").

Rite Aid represents that it is not the proper party defendant to this matter. Rite Aid is the parent holding company of Rite Aid Hdqtrs. Corp., which is the proper party defendant to this matter and should be the named party defendant in lieu of Rite Aid.

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff, Rite Aid, and Rite Aid Hdqtrs. stipulate and agree that (1) the Complaint in this action shall be deemed amended to change the name of the Rite Aid to Rite Aid Hdqtrs.; (2) the Complaint in this action shall be deemed served on Rite Aid Hdqtrs. as of the date service was effected on Rite Aid; (3) Rite Aid Hdqtrs.'s response to the Complaint shall be due on the same date to which the parties agreed Rite Aid's response would be due (ECF No. 5); and (4) the caption in this matter shall be changed to remove Rite Aid as a party defendant and to substitute Rite Aid Hdqtrs., so that it reads "ECHOE CAMACHO, and by and through her, T.C., her minor child, individually and on behalf of all others similarly situated, v. NEC NETWORKS, LLC, d/b/a CAPTURERX and RITE AID HDQTRS. CORP., Defendants."

DATED: July 19, 2021                    **HUNTON ANDREWS KURTH LLP**

                                                By:     /s/  Jason J. Kim
                                                     Jason J. Kim
                                             Attorneys for Defendant
                                             RITE AID CORPORATION

*Hunton Andrews Kurth LLP*
*550 South Hope Street, Suite 2000*
*Los Angeles, California 90071-2627*

DATED: July 19, 2021                    **TYCKO & ZAVAREEI LLP**

By: /s/ Hassan A. Zavareei
(as authorized on July 16, 2021)
Hassan A. Zavareei
Attorneys for Plaintiffs and the
Proposed Class and Subclasses

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: July 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER TO SUBSTITUTE PARTY DEFENDANT
AND CHANGE CASE CAPTION

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627