1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Echoe Camacho, and by and through her, T.C., her minor child,<br><br>Individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEC Networks, LLC d/b/a CaptureRx and Rite Aid Corporation,<br>　　　　　Defendant. | Case No. 2:21-cv-01004-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br><br>Complaint Filed: June 4, 2021<br>Trial Date:  TBD |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' stipulation, and for good cause shown, it is HEREBY ORDERED that Defendants NEC Networks, LLC d/b/a CaptureRx and Rite Aid Corporation's time to answer, move or otherwise respond to Plaintiffs' Complaint is extended up to and including August 31, 2021.

**IT IS SO ORDERED.**

DATED: July 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE