1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ECHOE CAMACHO, and by and through her, T.C., her minor child,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NEC NETWORKS, LLC, d/b/a CAPTURERX and RITE AID HDQTRS. CORP.,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-01004-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Current Response: August 31, 2021<br>New Response: November 19, 2021<br><br><br>Complaint Filed: June 4, 2021<br>Trial Date:  TBD |

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants may have an extension of time, up to and including November 19, 2021, to file an answer or otherwise respond to Plaintiff's Complaint. Therefore, the initial scheduling conference set for 10/14/2021 is RESET for 01/13/2022 at 2:30 PM before Chief District Judge Kimberly J. Mueller.

DATED: September 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE