1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Echoe Camacho, and by and through her, T.C., her minor child,<br><br>Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br><br>NEC Networks, LLC d/b/a CaptureRx and Rite Aid Corporation,<br><br>             Defendant. | Case No. 2:21-cv-01004-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO TRANSFER THE CASE TO WESTERN DISTRICT OF TEXAS PURSUANT TO 28 USC § 1404**<br><br><br><br><br>Complaint Filed: June 4, 2021<br>Trial Date:  TBD |

---

ORDER GRANTING STIPULATION TO TRANSFER THE CASE TO WESTERN DISTRICT OF
TEXAS PURSUANT TO 28 USC § 1404

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the case is transferred pursuant 28 USC § 1404 to the United States District Court in the Western District of Texas.

DATED:  October 7, 2021.

_____

CHIEF UNITED STATES DISTRICT JUDGE

1